1
2
3
4
5
6
7
8        UNITED STATES DISTRICT COURT
9        SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  GUY CADWELL, an individual and on behalf of the general public, | )  Civil No. 09cv1826 L(NLS) |
| 12                          Plaintiff, | )  **ORDER GRANTING MOTION TO** |
| 13  v. | )  **TRANSFER VENUE TO THE UNITED STATES DISTRICT** |
| 14  DR. PEPPER SNAPPLE GROUP, INC., | )  **COURT, EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO** |
| 15  and DOES 1 through 100, | )  **DIVISION UNDER 28 U.S.C. §** |
| 16                          Defendants. | )  **1404(a)** [doc. #16] |
| 17 | ) |

18          On October 21, 2009, plaintiff Guy Cadwell filed an unopposed motion to transfer venue

19  to the United States District Court for the Eastern District of California.  A class action, *Von*

20  *Koenig v. Snapple Beverage Corp.*, 09-cv-606-FCD-EFB (E.D. Cal.), related to allegations

21  against defendant for false advertising had already been filed at the time plaintiff Cadwell filed

22  his class action complaint.

23          Plaintiff filed a motion to consolidate this action with the earlier filed and related *Von*

24  *Koenig* case that is set for hearing before the Honorable Frank C. Damrell, Jr. on October 30,

25  2009.  Plaintiff seeks transfer of the above-captioned case to the Eastern District of California

26  under 28 U.S.C. § 1404(a) which provides that "[f]or the convenience of parties and witnesses,

27  in the interest of justice, a district court may transfer any civil action to any other district or

28  division where it might have been brought."

1    In his declaration, plaintiff's counsel, John H. Donboli, Esq., states he conferred with

2    counsel for defendant, Dr. Pepper Snapple Group, Inc., and confirmed that defendant's counsel

3    does not oppose this motion, will not be filing an opposition to this motion, and supports

4    plaintiff's efforts to effectuate this case being transferred to the Eastern District of California.

5    Having reviewed the motion, there being no objection thereto, and in the interests of

6    justice and the preservation of both judicial and client resources, plaintiff's unopposed motion to

7    transfer the above-captioned case to the United States District Court for the Eastern District of

8    California is **GRANTED.**  The Clerk of the Court is directed to effectuate the transfer of this

9    case.

10    **IT IS SO ORDERED.**

11    DATED:  October 21, 2009

12

13                                                    M. James Lorenz
                                                      United States District Court Judge

14    COPY TO:

15    HON. NITA L. STORMES
      UNITED STATES MAGISTRATE JUDGE

16

17    ALL PARTIES/COUNSEL OF RECORD

18

19

20

21

22

23

24

25

26

27

28

2                                                                              09cv1826